IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-15-FL

| | |
|---|---|
| PAMELA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on plaintiff's motion for attorneys fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [DE #23]. Defendant responded stating it has no objection to the award requested, and this matter is ripe for ruling. Upon review of plaintiff's motion and the response, for the reasons stated therein, the motion is GRANTED, and plaintiff shall be awarded $ 4,410.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

So ordered, this the 27th day of August, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge